Louis W. Gay, Appellant, *v.* Earl D. Haskins, Respondent.

*Gay* v. *Haskins,* 12 App. Div. 625, affirmed.
(Argued October 22, 1900; decided November 13, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 16, 1897, affirming a judgment in favor of defendant entered upon the report of a referee.

*Frank C. Ferguson* for appellant.

*Francis E. Wood* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

Robert H. Moore et al., Appellants, *v.* Julia L. Baker, Respondent.

*Moore* v. *Baker,* 37 App. Div. 625, affirmed.
(Argued October 23, 1900; decided November 13, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 12, 1899, affirming a judgment in favor of defendant entered upon the report of a referee.

*Isaac Lawson* for appellants.

*John De Witt Peltz* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.